UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MARY YORK, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:21-CV-263 |
| | § | |
| TEXAS DOW EMPLOYEES CREDIT UNION, | § | |
| | § | |
| Defendant. | § | |

## **STIPULATED DISMISSAL**

The parties filed a Joint Stipulation of Dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Dkt. 16.

Accordingly, it is hereby **ORDERED** that all claims asserted by any party in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed. Each party shall bear its own attorneys' fees and costs. Any pending motions are hereby denied as moot.

Signed on Galveston Island this 17th day of January, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE